# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-7097**　　　　　　　　　　　　　**September Term, 2023**

**1:23-cv-01926-UNA**

**Filed On:** October 30, 2023

Georgios V. Vloutis,

　　　　　Appellant

　　v.

Deutsche Lufthansa Aktiengesellschaft,

　　　　　Appellee


**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**　　Wilkins, Katsas, and Walker, Circuit Judges

**J U D G M E N T**

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and supplement filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing and the motion to appoint counsel, it is

**ORDERED** that the motion to appoint counsel be denied. In civil cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED AND ADJUDGED** that the district court's order filed July 6, 2023 be affirmed. The district court properly dismissed appellant's case on the ground that the complaint failed to state a plausible claim upon which relief may be granted because his complaint alleged in conclusory fashion that appellee was liable for terrorists mishandling his lost airplane luggage. See 28 U.S.C. § 1915(e)(2)(B)(ii); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (requiring a complaint to contain sufficient factual matter, alleged in non-conclusory terms, to state a claim to relief that is plausible on its face).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-7097**                    **September Term, 2023**

of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

              BY:    /s/
                        Daniel J. Reidy
                        Deputy Clerk